371 A.2d 238
Commonwealth v. Rines, Appellant.

Submitted June 28, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Bert M. Goodman, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

371 A.2d 251
Commonwealth v. Roberts, Appellant.

Submitted June 22, 1976. David E. Auerbach, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Order affirmed.